UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAMAN CAMEL (#364623)

CIVIL ACTION

VERSUS

13-339-SDD-RLB

BURL CAIN, ET AL.

### RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated September 2, 2016. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, Petitioner's application for habeas corpus relief will be dismissed with prejudice as lacking merit. Further, in the event that the Petitioner seeks to pursue an appeal, a certificate of appealability is denied.

Baton Rouge, Louisiana the 28 day of September, 2016.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

_____

[1] Rec. Doc. 1.
[2] Rec. Doc. 16.
[3] Rec. Doc. 17.